1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

| | |
|---|---|
| ISLAND TUG AND BARGE CO., a Washington corporation, | IN ADMIRALTY |
| Plaintiff, | |
| v. | NO. |
| CASA, L.L.C., an Alaska limited liability company, | |
| and | COMPLAINT FOR MONEY DAMAGES |
| Charles D. Bates, an Alaska resident, | |
| Defendants. | |

17    Plaintiff Island Tug and Barge Co. states and alleges as follows:

18                                          **I.**

19                                  **JURISDICTION**

20    1.    This action arises out of a Standard Space Charter and contemporaneously

21  executed Credit Agreement ("Agreement") which collectively is a maritime contract over

22  which the Court has jurisdiction pursuant to 28 U.S.C. §1333.

23    2.    This action also arises between citizens of different states and the amount in

24  controversy is over $75,000.  The Court thus has jurisdiction to hear this matter pursuant to 28

25  U.S.C. § 1332(a)(1).

26    3.    Plaintiff elects to proceed with this matter under the Court's admiralty

27  jurisdiction pursuant to Federal Rule of Civil Procedure 9(h).

COMPLAINT FOR MONEY DAMAGES - 1 -
No.:

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

## II.

## VENUE

4.     The Agreement provides for venue in this Court.

## III.

## FACTS

5.     Plaintiff Island Tug and Barge Co. ("Island") is a Washington corporation with its principal place of business in Seattle, Washington.

6.     Defendant Casa, L.L.C. ("Casa") is an Alaska limited liability company with its principal place of business in Anchorage, Alaska.

7.     Defendant Charles D. Bates ("Bates") is, upon information and belief, a citizen of Alaska and resident of Anchorage, Alaska.

8.     On May 12, 2010, Island and Casa entered into a Standard Space Charter wherein Island agreed to provide tug and barge services to Casa to transport materials between Anchorage and Nikiski.  A true and accurate copy of the Agreement is attached hereto as Exhibit A.

9.     As part of that charter agreement, Bates also signed a Credit Application with Island in which he agreed to be personally liable for all outstanding sums owed under the charter agreement, and agreed to be held jointly and severally liable with Casa for any such outstanding sums.  A true and accurate copy of the Credit Application is attached hereto as Exhibit B.

10.     Exhibits A and B together represent the complete Agreement among Island, Casa, and Bates.

11.     Island duly performed its obligations under the Agreement and Island has invoiced defendants for all amounts and interest owed under the Agreement.  A copy of the invoices and spreadsheet outlining these invoices is attached hereto as Exhibit C.

12.     In acknowledgement of their obligation under the Agreement, defendants made a payment of $175,000.00 in partial satisfaction of these invoices.

COMPLAINT FOR MONEY DAMAGES - 2 -
No.:

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

13.     In further acknowledgement of their obligations, defendants wrote plaintiff on several occasions recognizing the amounts owed to plaintiff pursuant to the Agreement.

14.     The Agreement provides that interest on unpaid delinquent amounts shall "accrue interest at the rate of one percent (1%) per month until paid in full."

15.     Despite repeated demands defendants have failed to pay the invoiced amounts.

**IV.**

**FIRST CAUSE OF ACTION:  BREACH OF CONTRACT**

16.     Island incorporates and realleges paragraphs 1 through 15 as if fully set forth here.

17.     As of the date of filing, defendants are liable to Island for $287,670.57 pursuant to the Agreement.

18.     Interest continues to accrue on the unpaid delinquent amounts invoiced to defendants.  Defendants remain liable for these continuing charges.

19.     Despite repeated demands, defendants have failed to pay fully the invoiced amounts.

**V.**

**SECOND CAUSE OF ACTION:  ATTORNEYS' FEES**

20.     Island incorporates and realleges paragraphs 1 through 19 as fully set forth here.

21.     The Standard Space Charter executed on behalf of Casa provides that the substantially prevailing party is entitled to recover its legal fees and costs.

22.     The credit application executed individually by Bates provides that if litigation arises as the result of a default of payment, Island is entitled to all legal fees, court expenses, and any and all other reasonable expenses incurred to enforce payment.

23.     Under the Agreement, defendants are liable to Island for Island's legal fees and costs associated with this lawsuit.

COMPLAINT FOR MONEY DAMAGES - 3 -
No.:

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

1    WHEREFORE, Island Tug and Barge Co. prays that the Court award damages and

2  relief against defendants as follows:

3    1.    Judgment against defendants in the amount of $287,670.57 plus any additional

4  interest incurred after the date of this Complaint.

5    2.    Attorneys' fees and costs pursuant to the Agreement;

6    3.    Prejudgment Interest at the rate set in the Agreement (1% per month); and

7    4.    For such other and further relief as the Court deems just and proper.

8

9    DATED this Thursday, May 19, 2011.

10                BAUER MOYNIHAN & JOHNSON LLP

11

12

13                _____
                  Thomas G. Waller, WSBA No.  22963
14                Mark A. Krisher, WSBA No. 39314
                  Attorneys for Plaintiff
15                Bauer Moynihan & Johnson LLP
                  2101 Fourth Avenue, Suite 2400
16                Seattle, WA  98121
                  T:  (206) 443-3400/F:  (206) 448-9076
17                E-mail: tgwaller@bmjlaw.com
                  E-mail: makrisher@bmjlaw.com
18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR MONEY DAMAGES - 4 -
No.:
                              ATTORNEYS AT LAW
                        BAUER MOYNIHAN & JOHNSON LLP
                             2101 FOURTH AVENUE - SUITE 2400
                             SEATTLE, WASHINGTON  98121-2320
                                      (206) 443-3400